IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUANZHOU MINGHOU TRADING CO. LTD., a Chinese Corp., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 1:23-cv-00026-MSS-SRH <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** <br><br> **JURY TRIAL DEMANDED** |

### **PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff QUANZHOU MINGHOU TRADING CO. LTD. ("Plaintiff" or "MINGHOU") files this Motion requesting leave to file the following documents under seal: Plaintiff's Motion for Entry of Preliminary Injunction ("Motion") as to Defendants numbered 1-7, 11, 16, 19-32, 52-57 (collectively "Defendants"), Exhibit 1 to the Motion, Memorandum in Support, and Declaration of Nihat Deniz Bayramoglu. In this action, Plaintiff is requesting preliminary injunctive relief based on an action for design patent infringement.

Sealing this portion of the file is necessary to prevent the remaining Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the preliminary injunction has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Pursuant to L.R. 5.7, accompanying this written request, undersigned provides that: (1) undersigned's signature, name, and address in the signature block below; (2) undersigned believes that due to special circumstances which the party will promptly bring to the attention of the judge to whom the case is to be assigned, it is necessary to restrict access to the case at filing; (3)

1 undersigned is aware that absent an order extending or setting aside the sealing, the file and its
2 contents will become public on the seventh day following the date of filing; and (4) undersigned's
3 e-mail address in the signature block below.
4 DATED: January 31st, 2023

                                      Respectfully submitted,

                                      **Bayramoglu Law Offices, LLC**

                                      */s/ Nihat Deniz Bayramoglu*
                                      Nihat Deniz Bayramgolu, Esq.
                                      Gokalp Deniz Bayramoglu, Esq.
                                      540 West Warm Springs Road, Suite 100
                                      Henderson, Nevada 89014
                                      Telephone:  702.462.5973
                                      Facsimile:   702.553.3404
                                      Deniz@bayramoglu-legal.com
                                      Gokalp@bayramoglu-legal.com
                                      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                          /s/ Nihat Deniz Bayramoglu
                                          Nihat Deniz Bayramoglu