# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Quanzhou Minghou Trading Co. LTD.

Plaintiff,

v.

Case No.: 1:23−cv−00026

Honorable Manish S. Shah

The Partnerships And Unincorporated Associations Identified On Schedule A,

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 7, 2023:

    MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, plaintiff's motion for leave to file under seal [22] is denied. The Clerk's Office is directed to unseal all documents in this matter. The motion for preliminary injunction [23] is granted. No defendants appeared at the hearing to object. Plaintiff has filed a certificate of service clarifying that it provided notice of the motion hearing to defendants. [29]. The court finds that the evidence in support of the TRO also supports the entry of a preliminary injunction. Enter Preliminary Injunction Order. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.