**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **QUANZHOU MINGHOU TRADING CO. LTD., A CHINESE CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>Defendants. | **Civil Action No. 1:23-cv-00026** |

**DECLARATION OF XINFA YOU**

I, Xinfa You declare and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I am the owner of Qanzhoushi Lingmukejiyouxiangongsi, which owns or operates the Defendant stores TIAMOU, Mosha Belle, Quinmok, AprilSpring, Just So So, WONESION, UMYOGO, and JSLEAP on which various products are sold, including numerous men's and women's athletic shoes.

3. Our products are sold on Amazon under the brand names TIAMOU, Mosha Belle, Quinmok, and AprilSpring. Products are also sold on Walmart.com and TEMU.

4. Our online storefronts have enjoyed considerable commercial success over time. For example, the TIAMOU Amazon store earns a 100% positive rating in the last twelve months out of 611 reviews, and a lifetime 4.8 out of 5 stars rating out of 1723 reviews. As

such, the TIAMOU brand has built substantial goodwill and associated reputation amongst consumers. Between 2021 and 2022, the TIAMOU store alone has generated more than $1.5 million in revenue.

5. Upon information and belief, the shoe sole design claimed in Plaintiff's U.S. Design Patent No. D912,376 ("the '376 Patent") is not the original creation of the named inventor. The shoe sole design which Plaintiff identified as infringing has been on the market since at least as early as May 12, 2019, more than two months before July 18, 2019, the priority date of the '376 Patent. For example, products with the exact same design have been offered on the wish.com platform for years. Attached hereto as Exhibit A-1 is a true and correct copy of an order for a men's tennis shoe which includes the same sole design that Plaintiff has accused of infringing the trademark. The order was placed on May 12, 2019, prior to the filing date of '376 Patent.

6. Athletic shoe products with the same shoe sole design have also been available on Amazon and other online marketplaces for several years as well. Attached hereto as Exhibit A-2 is a true and correct copy of an Amazon.com listing for a Skdoiul-branded athletic walking shoe which also includes the same sole design which Plaintiff accused of infringing. The Skdoiul shoe listing was first available on Amazon since June 25, 2019, before the filing date of the '376 Patent.

7. Attached hereto as Exhibits A-3 through A-6 are true and correct copies of screen captures taken from other online stores showing sales of products bearing the same sole design, between April and June of 2019, each predating the filing date of the asserted '376 Patent.

8. On and about February 2, 2023, we received an email about this lawsuit and that the online stores we operate had been restricted as a result of the present lawsuit.

9. As a result of the freeze, the stores we operate have lost an estimated $2,000,000 in revenue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 18, 2023 in Quanzhou, China.

/s Xinfa You

Xinfa You

3

**EXHIBIT A-1**



[/home]
[/notifications]

999+
Shan

Order History (/transactions/history) / Jesus Chaviano's order (https://merchant.wish.com/order/5cd6f57b257027189730bfb1)

# Jesus Chaviano's order

## Order details

### Order overview

| | |
|---|---|
| Order status | Shipped |
| Order ID | 5cd6f57b257027189730bfb1 |
| Transaction Date | 5/12/2019 7:50 AM +0800 |
| Shipping Address | Jesus Chaviano<br>1418 grandale st lehigh acres fl 33936<br>Lehigh acres, Florida, 33936<br>United States<br>Phone Number: 551-221-5921 |

### Product details

| | |
|---|---|
| Product name | springblade men tennis shoes mesh breathable comfort blade fashion sneakers youth boys gym workout trail athletic walking shoes |
| Product ID | 5cbfba552651f638119656b5 |
| SKU | 96-A050_us8/eu41/255mm_Red |
| Size | us 8 / eu 41 / 255mm |
| Color | red |
| Currency Code | USD |
| Price | $33.00 |
| Shipping | $2.00 |
| Quantity | 1 |
| Total | $35.00 |

### Tracking status

Last updated 5/25/2019 7:40 PM +0800

| | |
|---|---|
| Tracking status | Delivered |
| Tracking ID | LN717203899CN |
| Carrier | WishPost (https://www.wishpost.cn)  Tier 3 |

5/25/2019 7:40 PM +0800

Chat



| | | |
|---|---|---|
| Tracking history | | 5/25/2019 3:05 PM +0800<br>OUT FOR DELIVERY<br>到达收寄站, US33936 |

Show all

| | |
|---|---|
| Available for Fulfillment | 5/12/2019 7:50 AM +0800 (1376 days ago) |
| Marked Shipped | 5/12/2019 6:51 PM +0800 (1376 days ago) |
| Confirmed Fulfillment Date | 5/14/2019 12:36 AM +0800 (1374 days ago) |
| Confirmed Delivered Date | 5/26/2019 4:24 AM +0800 (1362 days ago) |
| Time to Door | 14 days |

## Confirmed Delivery Status

This order is included in the Confirmed Delivery Policy.

Does this order meet the policy requirements?

✓ Fulfilled with a qualified carrier

✓ Confirmed shipped within 7 days

✓ Confirmed delivered within 30 days

View Policy (/confirmed-delivery-policy)   View Shipping Performance (/shipping-dest-performance#tab=delivery-confirmation)

## Payment information

| Status | Paid   View Details |
|---|---|

Chat

**EXHIBIT A-2**





Clothing, Shoes & Jewelry › Men › Shoes › Athletic › Running › Trail Running



Visit the SKDOIUL Store

**men sport athletic walking shoes mesh breathable comfort fashion sneakers gym jogging casual runner tennis trainers shoes**

22 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Size Chart

- Rubber sole

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to New York 10001

Add to List

Have one to sell?
Sell on Amazon



Do Not Disturb I'm Gaming Socks, Valentines Day Gifts For Boys, Birthday...
8,359
$9.99 prime
Shop now

Sponsored



Sponsored

## Based on your recent shopping trends
Page 1 of 10

    

SKDOIUL Men Sport Athletic Running Sneakers Walking Shoes
8,700
$42.90
Get it as soon as **Thursday, Feb 23**
FREE Shipping on orders over $25 shipped by Amazon

SKDOIUL Sport Running Shoes for Mens Mesh Breathable Trail Runners Fashion Sneakers
8,092
Amazon's Choice in Men's Fashion Sneakers
$39.90
Get it as soon as **Thursday, Feb 23**
FREE Shipping on orders over $25 shipped by Amazon

TSIODFO Men's Sneakers Sport Running Athletic Tennis Walking Shoes
4,939
Amazon's Choice in Men's Trail Running Shoes
$39.90
Get it as soon as **Thursday, Feb 23**
FREE Shipping on orders over $25 shipped by Amazon

FRSHANIAH Men Athletic Shoes Breathable Running Shoes Non-Slip Fashion Sneakers
3,988
$39.90
Get it as soon as **Thursday, Feb 23**
FREE Shipping on orders over $25 shipped by Amazon

DYKHMATE Shoes Women Breathable Tennis Walki Mesh Athleti Shoes
$26.90

## Product details

**Package Dimensions** ‏ : ‎ 11.8 x 4.2 x 4.1 inches; 1.55 Pounds
**Item model number** ‏ : ‎ Comfort Sneakers,walking
**Department** ‏ : ‎ Mens

Date First Available ：June 25, 2019

ASIN ：B07S8VQB9Q

Customer Reviews: 22 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video



Safe and reliable waterproof bag

AiRunTech Waterproof Phone Pouch, Cruise Essentials 2-Piece Set, Beach Vacation Kayak Boating Cruise…

1,157

$16.99 ✓prime

Sponsored

## Looking for specific info?

See questions and answers ›

### Customer reviews

4.1 out of 5

22 global ratings

| | | |
|---|---|---|
| 5 star | | 55% |
| 4 star | | 16% |
| 3 star | | 22% |
| 2 star | | 0% |
| 1 star | | 7% |

How customer reviews and ratings work

Top reviews

**Top reviews from the United States**

 ivy

**pretty nice shoe**

Reviewed in the United States on July 6, 2020

**Verified Purchase**

The sneaker is more pretty than in the picture! It didn't come in box but they put sole inside the shoe to keep shape, I give big thumb for that!

The material is excellent, I can feel the quality and not ugly smell. The appearance is very stylish , I wear it for running and gym.

It is comfortable to wear and fit my feet NO SQUEAKY. The design make it will keep feet dry even hours of sports.



Shop now

Sponsored

One suggestion for it : it would be nice if the sneaker come in box . Because I would love to buy another one as gift for my friend!

Helpful    Report abuse

Danny Caliendo

**Great deal! Extremely comfortable!**

Reviewed in the United States 🇺🇸 on July 10, 2022

**Verified Purchase**

Great deal! Extremely comfortable! Incredibly unique! Wonderful, light weight shoe! Arrived very quickly and in perfect, brand new condition, with tags in a it's shoebox! Thank you so much to the seller for an ideal online shopping experience!

Helpful    Report abuse

See all reviews ›

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Sustainability | Become an Affiliate | Shop with Points | Amazon Prime |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Investor Relations | Start a package delivery business | Reload Your Balance | Manage Your Content and Devices |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Your Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | | Amazon Assistant |
| | Host an Amazon Hub | | Help |
| | › See More Ways to Make Money | | |

English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances |
| Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric | Goodreads | IMDb |

2023/2/18 10:42 Amazon.com | izoc sport athletic walking shoes mesh breathable comfortable fashion sneakers gym jogging casual runner tennis …

Case: 1:23-cv-00026 Document #: 38-1 Filed: 02/10/23 Page 12 of 20 PageID #:1251

| Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities |
|---|---|---|---|---|---|---|
| IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store |
| Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door |
| | | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

**EXHIBIT A-3**



**EXHIBIT A-4**

| | | |
|---|---|---|
| ☐ 4 年 前<br>2019/6/28<br>20:47 PDT | **111-9885741-5452241**<br>买家姓名:<br>Kimi<br>配送渠道: 亚马逊<br>销售渠道: Amazon.com<br>卖家订单编号: 111-9885741-5452241 | TSIODFO Springblade Sneakers for Men Flyknit mesh 加急<br>Breathable Comfort ahtletic Walking Shoes Man All White Tennis Shoes Gym Workout Trail Sports Runnin<br>ASIN: **B07QRP53R1**<br>SKU: A050-White-40<br>数量: **1**<br>商品小计: $39.90 |

**EXHIBIT A-5**



**EXHIBIT A-6**

**weishan | United States**      Search

Campaign Manager   Manage Orders   Business Reports   Payments   Shipments   Manage All Inventory   Fulfillment   Performance Notifications   Account Health

# Order details   Order ID: # 114-2613735-2305808     Your Seller Order ID: # 114-2613735-2305808

Go back to order list                                                               Refund Order    Request a Review

**Order summary**

| | | | | |
|---|---|---|---|---|
| Amazon's Ship By: | **Wed, Jul 3, 2019** | Shipping service: | **Second Day** | |
| Purchase date: | Tue, Jul 2, 2019, 7:23 PM PDT | Fulfillment: | Amazon | |
| | | Sales channel: | Amazon.com  | |

**Ship to**

DELAWARE, OH 43015-9756
United States                    Contact Buyer:   monti

## Order contents

| Status | Image | Product name | More information | Quantity | Unit price | Proceeds | |
|---|---|---|---|---|---|---|---|
| Payment complete |  | SKDOIUL Men Springblade Sport Trail Running Shoes Flyknit mesh Breathable Comfort Athletic Walking Shoes Youth Boys Sneakers Man Gym Workout Blade Ten **ASIN: B07S9WY5DY** SKU: A65-white-45 | Listing ID: 0612VBP6NLV Order Item ID: 42337290970578 | 1 | $35.90 | Item subtotal: Item total: | $35.90 **$35.90** |

Help    Program Policies    English ▾    Download the Amazon Seller mobile app          © 1999-2023, Am

FEEDBACK