IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUANZHOU MINGHOU TRADING CO. LTD, a Chinese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 1:23-cv-00026-MSS-SRH<br><br>**JOINT STIPULATION TO (1) WITHDRAW MOTION TO VACATE PRELIMINARY INJUNCTION AND (2) MODIFY PRELIMINARY INJUNCTION ORDER** |

Plaintiff Quanzhou Minghou Trading Co. Ltd. and defendants TIAMOU, Mosha Belle, Quinmok, AprilSpring, Just So So, WONESION, UMYOGO, and JSLEAP (collectively "Defendants") hereby jointly stipulate to withdraw Defendants' motion to vacate the preliminary injunction without prejudice [ECF 37-39] and hereby further stipulate to modify the Preliminary injunction [ECF 31].

On March 24, 2023 the parties agreed to a modification of the preliminary injunction whereby the preliminary injunction would be modified so that the eight above listed defendants would collectively maintain a frozen asset balance of a total of $100,000.00 (one hundred thousand dollars). The remaining portions of the preliminary injunction [ECF 31] would remain unchanged. The agreed freeze of the $100,000.00 (one hundred thousand dollars) is to be distributed among the eight above listed defendants as follows:

| | |
|---|---|
| TIAMOU | $70,000.00 |
| Mosha Belle | $30,000.00 |
| Quinmok | $0 |
| AprilSpring | $0 |
| Just So So | $0 |

1

JOINT STIPULATION TO (1) WITHDRAW
MOTION TO VACATE PRELIMINARY INJUNCTION
AND (2) MODIFY PRELIMINARY INJUNCTION ORDER.

CASE NO. 1:23-cv-00026-MSS-SRH

| | |
|---|---|
| WONESION | $0 |
| UMYOGO | $0 |
| JSLEAP | $0 |

The parties further agree that the modification of the preliminary injunction renders Defendants' motion to vacate the preliminary injunction moot. Accordingly, Plaintiff and Defendants jointly stipulate to withdraw the motion to vacate the preliminary injunction [ECF 37-39] without prejudice and to vacate all deadlines associated with the motion:

A Proposed Order is filed herewith.

DATED this 29th day of March 2023.   Respectfully Submitted,

**Bayramoglu Law Offices, LLC**

*/s/ Nihat Deniz Bayramoglu*
Nandish Wijetilleke, Esq
Nihat Deniz Bayramoglu, Esq.
Gokalp Deniz Bayramoglu, Esq.
540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: 702.462.5973
Facsimile: 702.553.3404
Deniz@bayramoglu-legal.com
Gokalp@bayramoglu-legal.com
*Attorneys for Plaintiff*


*/s/ Timothy Wang*
Timothy Wang
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Tel: (972) 331-4600
twang@nilawfirm.com

*Attorneys for Defendants*

2

JOINT STIPULATION TO (1) WITHDRAW
MOTION TO VACATE PRELIMINARY INJUNCTION
AND (2) MODIFY PRELIMINARY INJUNCTION ORDER.

CASE NO. 1:23-cv-00026-MSS-SRH