## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Quanzhou Minghou Trading Co. LTD.

                                              Plaintiff,

v.                                                            Case No.:
                                                             1:23–cv–00026

                                                             Honorable Manish S.
                                                             Shah

The Partnerships And Unincorporated Associations
Identified On Schedule A,, et al.

                                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 30, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the parties' stipulation [53], the preliminary injunction is modified so that the defendants TIAMOU, Mosha Belle, Quinmok, AprilSpring, Just So So, WONESION, UMYOGO, and JSLEAP must collectively maintain a frozen asset balance of a total of $100,000.00 (one hundred thousand dollars). The remaining portions of the preliminary injunction [31] remain unchanged. The agreed freeze of the $100,000.00 (one hundred thousand dollars) is to be distributed among the eight above listed defendants as follows: TIAMOU $70,000.00, Mosha Belle $30,000.00, Quinmok $0, AprilSpring $0, Just So So $0, WONESION $0, UMYOGO $0, and JSLEAP $0. The motion to vacate the preliminary injunction [37] is terminated as withdrawn pursuant to stipulation. The motion to withdraw [40] is granted. Attorney Jason Eric Pepe is terminated as counsel of record. The parties shall file a status report on 4/13/23 with a proposed schedule for discovery. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.