IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUANZHOU MINGHOU TRADING CO. LTD, a Chinese Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and INCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | CASE NO. 1:23-cv-00026-MSS-SRH<br><br>MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANTS NUMBERED 9, 16 – 24, 26-32, 40 – 46, 50, AND 52- 53<br><br>Hon. Judge Manish S. Shah |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN AMENDED SCHEDULE "A" WITH THE EXCEPTION OF CERTAIN DEFENDANTS**

COMES NOW, Plaintiff QUANZHOU MINGHOU TRADING CO. LTD., ("MINGHOU" or "Plaintiff"), by and through its counsel, pursuant to Federal Rule of Civil Procedure 55(a) and (b)(2) and submits its Motion for Entry of Default and Default Judgment against Defendants numbered 9, 16 – 24, 26-32, 40 – 46, 50, and 52- 53 ("Defaulting Defendants")..

Plaintiff respectfully moves this Court for an order entering default and default judgment against the Defaulting Defendants and finds Defaulting Defendants liable on all counts of Plaintiff's Complaint. Fed. R. Civ. P. 55(a) and (b)(2). Plaintiff further seeks an award of Plaintiff's lost profits for willful patent infringement against Defaulting Defendants for use of U.S. Patent No. D912,376 (the "376 Patent" or "Footwear Sole Design") in products sold through each of the Defendant Internet Stores.

Rule 55(a) of the Federal Rules of Civil Procedure authorizes entry of default against parties who fail to plead or otherwise defend and that is attested to by affidavit. Rule 55(b)(2) of

1

the Federal Rules of Civil Procedure provides for a court-ordered default judgment. When the Court determines that a defendant is in default, the factual allegations of the complaint are taken as true and may not be challenged, and the defendants are liable as a matter of law as to each cause of action alleged in the complaint. *See Black v. Lane*, 22 F.3d 1395, 1399 (7th Cir. 1994); *United States v. Di Mucci*, 879 F.2d 1488, 1497 (7th Cir. 1989).

Plaintiff also seeks entry of a permanent injunction pursuant to 35 U.S.C. § 283, prohibiting Defaulting Defendants from making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use, products that infringe directly and/or indirectly the ornamental design claimed in the Footwear Sole Design. Defendants' infringement of the Footwear Sole Design through the aforesaid acts irreparably harms Plaintiff through the loss of its lawful patent rights to exclude others from making, using, selling, offering for sale, and importing the patented invention, and will continue unless enjoined by this Court.

Plaintiff is entitled to recover damages adequate to compensate for the infringement, including Defendants' profits pursuant to 35 U.S.C. § 289, an award of all costs pursuant to Fed. R. Civ. P. 54(d)(1), an award of attorney fees pursuant to 35 U.S.C.A. § 285, and other damages as appropriate pursuant to 35 U.S.C. § 284. In support of this Motion, Plaintiff submits the accompanying Memorandum and Declaration.

DATED this 14th day of April 2023.         ***Bayramoglu Law Offices, LLC***

*/s/ Nihat Deniz Bayramoglu*
**Nihat Deniz Bayramoglu**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
T: (702) 462-5973
F: (702) 553-3404
deniz@bayramoglu-legal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2023, I electronically field the foregoing document with the clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and via electronic service at the addresses provided for by third party e-commerce platforms.

*Table 1: Defendants Served*

| Defendant No. | Defendant No. | Defendant No. |
|---|---|---|
| 1 | 33 | 57 |
| 2 | 34 | 58 |
| 3 | 35 | 59 |
| 4 | 36 | 60 |
| 5 | 37 | 61 |
| 6 | 38 | 62 |
| 7 | 39 | 63 |
| 9 | 40 | 64 |
| 11 | 41 | 65 |
| 16 | 42 | 66 |
| 17 | 43 | 67 |
| 18 | 44 | 68 |
| 19 | 45 | 69 |
| 20 | 46 | 70 |
| 21 | 47 | 71 |
| 22 | 48 | 72 |
| 24 | 49 | 73 |
| 26 | 50 | 74 |
| 27 | 51 | 75 |
| 28 | 52 | 76 |
| 29 | 53 | 77 |
| 30 | 54 | 78 |
| 31 | 55 | 79 |
| 32 | 56 | |

/s/ Y. Nandish Wijetilleke
Yasasvin Nandish Wijetilleke
Attorney for Plaintiff