## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Quanzhou Minghou Trading Co. LTD.

                          Plaintiff,

v.                                                          Case No.: 1:23−cv−00026

                                                                     Honorable Manish S. Shah

The Partnerships And Unincorporated Associations Identified On Schedule A,, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 19, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. The court finds defendants in default and that permanent injunction is appropriate, however joint and several liability amongst the defendants is not proper on the current record. For the reasons stated in open court, the motion for entry of default judgment [57] is granted in part. Plaintiff may file a supplemental brief by 4/26/23, and is directed to submit a revised proposed order to proposed_order_shah@ilnd.uscourts.gov. Plaintiff's request to appear telephonically at the motion hearing on its second motion for permanent injunction is granted, and plaintiff may contact susan_mcclintic@ilnd.uscourts.gov to make those arrangements. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.